PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 4:14CR00310-1

Luquoise Clay

On February 9, 2015, the above named was placed on probation for a period of four years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Lisa K. Jacobs
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of SEPT., 20 18.

William T. Moore, Jr.
Judge, U.S. District Court

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 SEP 13 PM 2:12
CLERK
SO. DIST. OF GA.